IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA

Vs.

COURT NO. 4:09-mj-227 (GMF)

COURTNEY N. JACKSON

THE UNITED STATES ATTORNEY CHARGES:

COUNT I

VIOLATION NO. 1827038

That on or between May 1, 2009 and July 13, 2009, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Infantry Center, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, COURTNEY N. JACKSON, did unlawfully take and carry away with intent to steal and purloin U. S. currency of some amount less than $1,000.00; the private property of Burger King; in violation of Title 18, United States Code Section 661.

G.F. PETERMAN, III
ACTING UNITED STATES ATTORNEY

BY: DAVID J. LONG
SPECIAL ASSISTANT UNITED STATES ATTORNEY