IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA, COLUMBUS DIVISION

United States of America

v.   Case No. **4:09-MJ-227-001 (GMF)**

COURTNEY N. JACKSON

# MINUTE SHEET/ORDER

You are hereby ORDERED immediately to go to THE CLERK of U.S. DISTRICT COURT to make arrangements for the following fines and costs.

Ct. 1 _____ G NG Nolo Probation/Jail _____ Fine _____ Cost _____ + Processing Fee $25 = _____

Ct. 2 _____ G NG Nolo Probation/Jail _____ Fine _____ Cost _____ + Processing Fee $25 = _____

Ct. 3 _____ G NG Nolo Probation/Jail _____ Fine _____ Cost _____ + Processing Fee $25 = _____

Ct. 4 _____ G NG Nolo Probation/Jail _____ Fine _____ Cost _____ + Processing Fee $25 = _____

Ct. 5 _____ G NG Nolo Probation/Jail _____ Fine _____ Cost _____ + Processing Fee $25 = _____

Ct. 6 _____ G NG Nolo Probation/Jail _____ Fine _____ Cost _____ + Processing Fee $25 = _____

☐ Jail/Probation terms to be served _____   TOTAL $ _____

☐ Restitution: $ _____

All according to the sentence passed upon you by the United States Magistrate Judge before whom your above referenced case was this date presented. In addition to any fine and special assessment, each ticket carries a $25.00 processing fee to offset the costs of managing the case throughout the judiciary.

## SPECIAL CONDITIONS:

☐ Drug/Alcohol Testing    ☐ Waived       ☐ Time to Pay: _____ Months

☐ Drug/Alcohol Testing & Treatment        ☐ Amount Paid Day of Court $ _____

☐ Mental Health Treatment                 ☐ PSI Ordered

OTHER:

☐ _____

SO ORDERED this 19th day of November, 2009.

G. MALLON FAIRCLOTH
United States Magistrate Judge