**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA, COLUMBUS DIVISION**

United States of America

v.   Case No. **4:09-MJ-277-001 (GMF)**

**KANDACE S. WHITLEY**

## MINUTE SHEET/ORDER

You are hereby ORDERED immediately to go to THE CLERK of U.S. DISTRICT COURT to make arrangements for the following fines and costs:

| COUNT(S) | FINDING(S) | SENTENCE | | | |
|---|---|---|---|---|---|
| Ct. 1 DUI (REFUSED) | G NG Nolo | Probation/Jail | Fine _____ Cost _____ | + Processing Fee $25 = _____ |
| Ct. 2 _____ | G NG Nolo | Probation/Jail | Fine _____ Cost _____ | + Processing Fee $25 = _____ |
| Ct. 3 _____ | G NG Nolo | Probation/Jail | Fine _____ Cost _____ | + Processing Fee $25 = _____ |
| Ct. 4 _____ | G NG Nolo | Probation/Jail | Fine _____ Cost _____ | + Processing Fee $25 = _____ |
| Ct. 5 _____ | G NG Nolo | Probation/Jail | Fine _____ Cost _____ | + Processing Fee $25 = _____ |
| Ct. 6 _____ | G NG Nolo | Probation/Jail | Fine _____ Cost _____ | + Processing Fee $25 = _____ |

☐ Jail/Probation terms to be served _____   **TOTAL $** _____

☐ Restitution: $ _____

All according to the sentence passed upon you by the United States Magistrate Judge before whom your above referenced case was this date presented. In addition to any fine and special assessment, each ticket carries a $25.00 processing fee to offset the costs of managing the case throughout the judiciary. Pursuant to F.R.Cr.P. 58, you have the right to appeal your conviction and/or sentence within fourteen (14) days.

*Pre-trial Diversion*

**SPECIAL CONDITIONS:**

☐ Drug/Alcohol Testing   ☐ Waived         ☐ Time to Pay: _____ Months

☐ Drug/Alcohol Testing & Treatment          ☐ Amount Paid Day of Court $ _____

☐ Mental Health Treatment                   ☐ PSI Ordered

**OTHER:**
☐ _____

SO ORDERED this   This 22nd day of April, 2010.

_____
**G. MALLON FAIRCLOTH**
United States Magistrate Judge